IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40650
Conference Calendar
_____


IMAD FARAH BECHARA,

Petitioner-Appellant,

versus

I.N.S.,

Respondent-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-95-CV-54
- - - - - - - - - -
(October 19, 1995)

Before POLITZ, Chief Judge, and REAVLEY and SMITH, Circuit Judges.

PER CURIAM:[*]

Imad Farah Bechara's motion to dismiss his appeal is GRANTED, and his appeal is DISMISSED WITH PREJUDICE. See 5th Cir. R. 42.1. Bechara is not entitled to a dismissal without prejudice. See 5th Cir. R. 42.4. Bechara has clearly and unequivocally expressed his intention to abandon this appeal, and so dismissal with prejudice is appropriate.

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.